

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00258-CV

| | | |
|---|---|---|
| PROTON PRC, LTD., Appellant | § | On Appeal from the 348th District Court |
| V. | § | of Tarrant County (348-307664-19) |
| | § | February 17, 2022 |
| ET & AS INVESTMENTS, INC., AYOUB SHOKRAVI, AND ELLIE TAJ, Appellees | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Proton PRC, Ltd. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
       Justice Wade Birdwell